MHN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ALTHEA MACHTEMES, )
)
     Plaintiff, )
)
vs. ) No. 07 C 4823
)
EQUIFAX INFORMATION SERVICES, )
LLC, )
)
     Defendant. )

## MEMORANDUM OPINION AND ORDER

Plaintiff sued defendant Equifax Information Services, LLC (Equifax), and others, in this court in 2004, claiming, among other things, violations of the Fair Credit Reporting Act. Among the "other things" was a claim of defamation against defendant. Judge Zagel dismissed the case on July 13, 2006, for failure to prosecute. That is a dismissal on the merits. Plaintiff did not appeal.

Plaintiff thereafter brought this defamation claim against Equifax in state court and Equifax removed. Plaintiff now moves to remand, contending that it is relying solely on state law. That may be so, but the claim is part of the same occurrence that gave rise to the dismissed suit and, indeed, the same defamation claim was alleged in the earlier complaint. *Res Judicata* bars further litigation either in state court or here. It can perhaps be argued that we should first determine the absence of subject matter jurisdiction and then remand for dismissal by the state court or determine that we have subject matter jurisdiction and then dismiss here. But dismissal is required in either event because *res judicata* so requires, and we see no reason to deal with an issue without practical effect. The motion to remand is denied, and we dismiss the suit.

                                                        JAMES B. MORAN
                                                        Senior Judge, U. S. District Court

Feb. 21, 2008.